| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 7 M | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** <br> **MINUTE ORDER** | | DEPUTY CLERK <br> Karen L. Hom | | | REPORTER/FTR <br> FTR 9:38 to 9:45 | | |
| MAGISTRATE JUDGE <br> JOSEPH C. SPERO | | DATE <br> August 28, 2007 | | | NEW CASE <br> ☐ | CASE NUMBER <br> 3-07-70504 JCS | |

**APPEARANCES**

| DEFENDANT <br> Guillermo Ponce | AGE | CUST <br> Y | P/NP <br> P | ATTORNEY FOR DEFENDANT <br> Ron Tyler | | PD. ☒  RET. ☐ <br> APPT. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY <br> Derek Owens | | INTERPRETER <br> Melinda Basker - Spanish | | ☒ FIN. AFFT <br> SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER <br> Taifa Gaskins | | DEF ELIGIBLE FOR <br> APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐ <br> OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR <br> REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID/REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT <br> HEARING |

**INITIAL APPEARANCE**

| ☒ ADVISED <br> OF RIGHTS | ☒ ADVISED <br> OF CHARGES | ☐ NAME AS CHARGED <br> IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED AUG 28 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**ARRAIGNMENT**

| ☐ ARRAIGNED ON <br> INFORMATION | ☐ ARRAIGNED ON <br> INDICTMENT | ☒ READING WAIVED <br> SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED <br> ON O/R | ☒ ISSUED <br> APPEARANCE BOND | AMT OF SECURITY <br> $ 50K PR | SPECIAL NOTES | ☐ PASSPORT <br> SURRENDERED <br> DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED <br> ☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION <br> FOR <br> DETENTION | ☐ PRETRIAL <br> SERVICES <br> REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING <br> AND FORMAL FINDINGS <br> WAIVED | ☐ REMANDED <br> TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT <br> ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE <br> REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT <br> FILED | OTHER: |

**CONTINUANCE**

| TO: <br> 09/17/07 | ☐ ATTY APPT <br> HEARING | ☐ BOND <br> HEARING | ☐ STATUS RE: <br> CONSENT | ☐ STATUS / <br> TRIAL SET |
|---|---|---|---|---|
| AT: <br> 9:30 AM | ☐ SUBMIT FINAN. <br> AFFIDAVIT | ☒ PRELIMINARY <br> HEARING OR <br> ARRAIGN- <br> MENT | ☐ CHANGE OF <br> PLEA | ☐ OTHER |
| BEFORE HON. <br> Judge Laporte | ☐ DETENTION <br> HEARING | | ☐ MOTIONS | ☐ JUDGMENT & <br> SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE <br> UNDER 18 § USC <br> 3161 | ☐ IDENTITY / <br> REMOVAL <br> HEARING | ☐ PRETRIAL <br> CONFERENCE | ☐ PROB/SUP REV. <br> HEARING |

**ADDITIONAL PROCEEDINGS**

Dft to be processed by USM.

KLH, JCS, LH

DOCUMENT NUMBER: